IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Albertine Thompson, as Parent and** : | **CIVIL ACTION** |
| **Legal Guardian of Marc Eldemire, and** : | |
| **Aislinn McQueen, as Parent and** : | |
| **Legal Guardian of Anthony and** : | |
| **NaJame McQueen,** : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| **Stephen Mancuso, Robert Donnelly, and** : | |
| **Zachary Kuzowsky,** : | |
| Defendants. : | NO. 08-3638 |

**ORDER**

**AND NOW**, this 25th day of August, 2009, having considered the Motion *in limine* and supporting Memorandum of Law of Defendants seeking to preclude the admission of any evidence or argument concerning prior Internal Affairs Division investigations or other police misconduct on their part (Doc. No. 18), and the Memorandum of Law in response thereto of Plaintiffs Albertine Thompson (as parent and guardian of Plaintiff Marc Eldemire) and Aislinn McQueen (as parent and guardian of Plaintiffs Anthony and NaJame McQueen) (Doc. No. 22), it is hereby **ORDERED** that Defendants' Motion *in limine* is **GRANTED WITHOUT PREJUDICE** to Plaintiffs to raise this issue at trial if the circumstances are appropriate.

Additionally, having considered Defendants' second Motion *in limine* and supporting Memorandum of Law seeking to preclude the admission of evidence or argument relating to a videotape broadcast on the FOX 29 television channel (Doc. No. 25) and Plaintiffs' Memorandum of Law in response thereto (Doc. No. 26), it is **FURTHER ORDERED** that Defendants' Motion *in limine* is **GRANTED WITHOUT PREJUDICE** to Plaintiffs to raise

this issue at trial if the circumstances are appropriate.

It is **FURTHER ORDERED** that Plaintiffs are permitted to question Defendants about any prior dishonest acts should they testify at trial, but extrinsic evidence of such acts is not admissible.

BY THE COURT:


/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States Magistrate Judge
